UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10-2145-cmm

UNITED STATES OF AMERICA

vs.

FRED QUINTON COLLINS,

             Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

        Respectfully submitted,

        JEFFREY H. SLOMAN
        UNITED STATES ATTORNEY

BY: _____
        SEAN P. McLAUGHLIN
        Assistant United States Attorney
        Court No. A5501121
        N.E. 4th Street, Suite 800
        Miami, Florida 33132-2111
        Tel: (305) 961-9071/(786) 564-9095
        Fax: (305) 536-4676

AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America )<br>v.   )<br>FRED QUINTON COLLINS   )<br>   )<br>   )<br>*Defendant* | Case No. 10-2145-CMM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  2/7/2010  in the county of  Miami-Dade  in the  Southern  District of FL and elsewhere , the defendant violated  18  U. S. C. §  1591(a)(1) , an offense described as follows:

Knowingly, in and affecting interstate and foreign commerce, recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, that is, W.B., knowing and in reckless disregard of the fact that W.B. had not attained the age of eighteen and would be caused to engage in a commercial sex act.

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Donald K. Maurer - FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/08/2010

*Judge's signature*

City and state:   MIAMI, FL   U.S. MAGISTRATE CHRIS M. McALILEY
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Donald K. Maurer, being duly sworn depose and say the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have served as a FBI Special Agent since November 1983, and have been assigned to the FBI Miami Field Office since January 1987. During my tenure at the FBI Miami Field Office, I have worked criminal investigations related to organized crime, drugs, kidnapping, money laundering and counter-terrorism. I am currently assigned as a member of the Minor Vice Task Force (MVTF) in South Florida. The MVTF is comprised of state, local and federal law enforcement agencies, including the City of Miami Police Department (MPD), the Miami-Dade Police Department (MDPD) and the Miami Beach Police Department (MBPD). Based on my current assignment with MVTF, I presently handle violent crimes, including offenses involving sex trafficking of children.

2. I am submitting this affidavit for the limited purpose of establishing probable cause for a criminal complaint for the arrest of Fred Quinton Collins (hereinafter "COLLINS") for knowingly, in and affecting interstate and foreign commerce, recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, that is W.B., knowingly and in reckless disregard of the fact that W.B. had not attained the age of eighteen and would be caused to engage in commercial sex acts, in violation of Title 18, United States Code, Section 1591(a). This affidavit contains facts known personally to me, or facts provided to me by other law enforcement officers. Because this affidavit is provided for the limited purpose of establishing probable cause,

it does not contain all the facts known to me or other law enforcement officers regarding this investigation.

3. On or about February 6, 2010, at approximately 6:00 p.m., MBPD officers received a complaint from management of a hotel located in Miami Beach, Florida (hereinafter "hotel"), regarding suspected prostitution activity. MBPD officers visited the hotel but were unable to locate the guests involved in the suspected activity. On or about February 7, 2010, at approximately 6:00 p.m., MBPD officers were again summoned to the same hotel regarding suspected prostitution activity. MBPD officers traveled to the hotel and identified COLLINS and three (3) females occupying Room 426. The three (3) females identified by officers were: M.C., an adult born July 1986;[1] K.G., an adult born July 1982;[2] and W.B., a person under the age of eighteen years of age, born September 1993.

4. Law enforcement examined the tags of luggage discovered in Room 426 of the hotel and determined that COLLINS and W.B. had traveled to Miami, Florida, from Honolulu, Hawaii, on January 30, 2010, aboard United Airlines flight number 76. When law enforcement confronted COLLINS regarding W.B.'s status as a minor child, COLLINS unsuccessfully attempted to flee, but was quickly apprehended. Pursuant to a search incident to arrest, law enforcement seized a large amount of cash and a cellular

---

[1] Law enforcement determined that M.C. had prior arrests in October 2008 and November 2008 for prostitution offenses in Hawaii and Nevada.

[2] MBPD officers determined that K.G. was arrested on February 5, 2010 in Miami Beach, Florida, for state prostitution offenses. According a records check, law enforcement determined that K.G. had also been arrested in August 2009, in Hawaii, for prostitution offenses.

2

telephone, bearing number (808) 221-0700, from COLLINS' person. Law enforcement then transported COLLINS, M.C., K.G., and W.B. to the MBPD Headquarters.

5. At MBPD Headquarters, COLLINS, M.C., and K.G. each received Miranda warnings and agreed to speak to law enforcement. After waiving her Miranda rights, M.C. admitted that she (M.C.) suspected that W.B. was a minor. According to M.C., prior to the trip to Miami, Florida, and upon arrival in Miami, Florida, M.C. questioned COLLINS about W.B.'s true age. COLLINS told M.C. that he (COLLINS) had seen W.B.'s identification and that W.B. was "legal."

6. After waiving his Miranda rights, COLLINS admitted that he (COLLINS), M.C., K.G., and W.B. had all traveled to Miami, Florida, from Honolulu, Hawaii. COLLINS stated that he (COLLINS) made the plane ticket reservations for W.B. and paid for W.B.'s airfare. COLLINS stated that he made W.B.'s flight reservations under an alias: M.C.'s name. According to COLLINS, W.B. traveled under M.C.'s name and arrived with him (COLLINS) in Miami, Florida, on January 31, 2010.[3] On January 31, 2010, COLLINS and W.B checked into the hotel, under COLLINS' name, and were assigned to Room 426. COLLINS also paid for the hotel costs.

7. W.B. was interviewed as a minor-victim, was not provided Miranda warnings, and agreed to speak with law enforcement. W.B. did not have any form of identification and admitted that she was sixteen (16) years of age. Law enforcement confirmed W.B.'s

---

[3] According to post-Miranda interviews, M.C., and K.G. stated that they (M.C. and K.G.) traveled from Honolulu on February 1, 2010, aboard United Airlines flight number 84. M.C., and K.G. arrived in Miami, Florida, on February 2, 2010, and then joined COLLINS and W.B. at the ▮▮▮▮▮ Hotel to engage in prostitution.

3

age and minor status through a records check and after speaking with W.B.'s mother.[4] W.B. stated that she met COLLINS in Honolulu, Hawaii, in and around January 7, 2010. W.B. admitted that when she (W.B.) met COLLINS, she told COLLINS that she was twenty-three (23) years old. W.B. stated that she agreed to work as a prostitute for COLLINS in Honolulu, Hawaii, before traveling to Miami, Florida. W.B. also stated that she (W.B.) also agreed to share the money that she earned from prostituting with COLLINS. W.B. stated that her travel to Miami, Florida, was to serve both as a vacation and an opportunity to work as a prostitute, for COLLINS, in Miami, Florida, during Super Bowl weekend. W.B. admitted to working as a prostitute, for COLLINS, in Miami Beach, Florida, from February 2, 2010, up until her encounter with law enforcement on February 7, 2010. W.B. stated that she utilized Room 426 at the hotel for her prostitution activities.

8. W.B. also stated that she maintained communication with M.C., K.G., and COLLINS via cellular telephone calls and text messages. W.B. provided law enforcement with written consent to search her cellular telephone, bearing number (808) 675-8959. A consent search revealed text messages from COLLINS telephone number, (808) 221-0700, to W.B.'s telephone number, indicating that COLLINS was directing and advising W.B. on her prostitution activities. On February 7, 2010, at approximately 7:12 a.m., W.B.'s phone received a text message from COLLINS stating: "Make him give you more HES A TRICK BABY." At 7:14 a.m., another text from COLLINS' phone stated: "Tell his ass that shit, ask him if he likes your pussy." At 7:18 a.m.,

---

[4] Law enforcement confirmed that W.B.'s mother also issued a missing persons report in Honolulu, Hawaii on January 4, 2010.

4

COLLINS's phone sent yet another text to W.B.'s telephone: "Say if you like this pussy give me MORE MONEY."

9. Based on the aforementioned information and investigation, your affiant believes that there is probable cause to believe that COLLINS did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is W.B., knowingly and in reckless disregard of the fact that W.B. had not attained the age of eighteen and would be caused to engage in commercial sex acts, in violation of Title 18, United States Code, Section 1591(a). I declare under penalty of perjury that the information in this affidavit is true and correct.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DONALD K. MAURER, SPECIAL AGENT
FEDERAL BUREAU OF NVESTIGATION

Subscribed and sworn to before
me this 8th day of February 2010.

_____
HONORABLE CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE

5