UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23758-Civ-COOKE/WHITE
(10-20089-Cr-COOKE)

FRED QUINTON COLLINS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND
RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY**

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.  On July 22, 2013, Judge White issued a Report and Recommendation, ECF No. 14, recommending that (i) the Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, ECF No. 1, be denied, (ii) the certificate of appealability be denied, and (iii) this case be closed.

On October 9, 2013, Movant filed his objections to the Report.  In his Objections, Movant insists he was denied effective assistance of counsel because his trial counsel: (1) failed to call and investigate witnesses; (2) made false representations and promises to the jury during the opening statement; (3) failed to investigate and call an expert specializing in cases similar to Movant's case; (4) failed to call an expert who would have testified regarding the alteration of the phone records; (5) failed to cross-examine and impeach Agent Maurer; and (6) failed to submit jury instructions regarding the telephone records, or failed to object to the jury instructions.  Movant further argues that (7) the trial court abused its discretion by failing to disclose the criminal background of the minor W. B.; or (8) by admitting text messages into evidence.  Movant also contends that his trial counsel should have (9) objected to the Government's alleged misconduct during its closing; (10) obtained alleged *Brady* material; (11) objected to evidence presented before the grand jury; (12)

established a better defense.  As to his appellate counsel, Movant contends that (13) he should have raised on appeal the arguments presented in the present Motion.  Objections 2-3.  All these arguments have been raised and addressed in Judge White's Report.  Based on a thorough review of the record, Judge White correctly determined that Movant's counsel "pursued the best defense possible under the facts of the case," including during cross-examination of the witnesses and the closing argument, in the face of overwhelming evidence.  Magistrate's Report 17.  Counsel's strategic decisions, including decision to call certain witnesses or not to hire forensic experts cannot be second-guessed.  Further, a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 is not the proper vehicle to attack arguments raised by counsel and rejected by the trial court.  Finally, appellate counsel cannot be deemed deficient for pursuing only the more viable claims.  In sum, Movant has failed to show that trial and appellate counsel were ineffective.

Therefore, after having considered Judge White's Report and Recommendation, and having made a *de novo* review of the record, I find Judge White's Report and Recommendation clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report and Recommendation, ECF No. 14, with respect to the merits of the case is **AFFIRMED and ADOPTED**.  Accordingly, the Motion to Vacate Sentence, ECF No. 1, is **DENIED**.  The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Movant has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further."  *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability).  Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 4TH day of December 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Fred Quinton Collins*, pro se
*Counsel of record*